**Order entered January 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01338-CV

**COPELAND CONCRETE CONTRACTORS, INC., Appellant**

**V.**

**SPECIALTY SOLUTIONS CONSTRUCTION, LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06619**

## ORDER

Before the Court is appellee's January 22, 2013 unopposed motion for substitution of counsel.   We **GRANT** appellee's motion for substitution of counsel and **DIRECT t**he Clerk of the Court to remove Ryan K. Lee as appellee's counsel and to subsitute Eric Scott, Scott Viscuso, 408 West 8th, Suite 205, Dallas, TX 75208, telephone number 214-289-2891, facsimile number 480-393-5063, State Bar number 24002919, as lead counsel for appellee.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE